McGREGOR W. SCOTT
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 93-2403 DLB |
| Plaintiff, ) | MOTION AND ORDER FOR |
| ) | DISMISSAL OF COMPLAINT |
| v. ) | |
| ANDRES PIMENTEL, ) | |
| Defendant. ) | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the Complaint against the above-listed defendant, in the interest of justice.

DATED: April _7, 2006      Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By /s/ MARK E. CULLERS
_____
MARK E. CULLERS
Assistant U.S. Attorney

IT IS HEREBY ORDERED that the Complaint against Andres Pimentel be dismissed and warrant recalled.

IT IS SO ORDERED.

**Dated:   April 11, 2006**           **/s/ Sandra M. Snyder**
icido3                                UNITED STATES MAGISTRATE JUDGE

1